April 2, 2026

Honorable Scott C. Clarkson
United States Bankruptcy Judge
411 W. Fourth Street, Courtroom 5C
Santa Ana, CA 92701

**FILED**

**APR - 7 2026**

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

**Re: Proof of Service of Summons and Complaint**

**Adversary Proceeding — 8:26-ap-01043-SC**

**Main Case No. 8:26-bk-10486-SC**

**United States Bankruptcy Court, Central District of California**

Dear Judge Clarkson:

Enclosed for the Court's records is a courtesy copy of the Proof of Service of
Document filed electronically via the Court's Electronic Drop Box (EDB) on or
about April 1-2, 2026, in the above-referenced adversary proceeding.

On April 1, 2026, I served the Summons and Notice of Status Conference in
Adversary Proceeding [LBR 7004-1] and the Complaint to Determine
Dischargeability of Student Loan Debt Under 11 U.S.C. § 523(a)(8) upon all four
defendants via Certified Mail with Return Receipt Requested from the Pullman,
WA 99163 post office. The defendants served were:

1. Civil Process Clerk, Office of the U.S. Attorney, CDCA (Los Angeles, CA 90012)
2. Attorney General of the United States (Washington, D.C. 20044)
3. U.S. Department of Education, Office of General Counsel (Washington, D.C. 20202)
4. Nelnet, Inc., Registered Agent (Lincoln, NE 68508)

Certified mail receipts and return receipt tracking numbers are documented in the
Proof of Service filed with the Court. Green card return receipts will be filed as
supplemental evidence upon receipt.

Please direct any correspondence or questions to the address below.

Respectfully submitted,

**Johnathan Michael Brummel**
255 Radial, Irvine, CA 92618
(323) 559-1718 | johnbrummel@gmail.com
*Pro Se Plaintiff*

Enclosures: Proof of Service of Document (filed via EDB)

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
255 Radial, Irvine, CA 92618

A true and correct copy (1) of the foregoing document entitled: **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004-1]** and (2) the accompanying pleading(s) entitled:
COMPLAINT TO DETERMINE DISCHARGEABILITY OF STUDENT LOAN DEBT

UNDER 11 U.S.C. § 523(a)(8) Order re: Rule 26(f) Meeting, Initial Disclosures, and Scheduling Conference

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (*date*) __April 1, 2026__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
1. Civil Process Clerk, USAO-CDCA, Rm 7516, 300 N. Los Angeles St., LA, CA 90012
2. Attorney General of the U.S., DOJ, Ben Franklin Sta., P.O. Box 683, Wash., D.C. 20044
3. U.S. Dept. of Education, OGC, 400 Maryland Ave. SW, Rm 6E353, Wash., D.C. 20202
4. Nelnet, Inc., Reg. Agent, 121 S. 13th St., Ste. 201, Lincoln, NE 68508

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| April 1, 2026 | Johnathan Michael Brummel | |
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.