TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOLENE TANNER
Assistant United States Attorney
Chief, Tax and Bankruptcy Section
GAVIN L. GREENE (Cal. Bar No. 230807)
Assistant United States Attorney
     Room 7211, Federal Building
     300 North Los Angeles Street
     Los Angeles, California 90012
     Telephone: (213) 894-4600
     Facsimile: (213) 894-0115
     E-mail: Gavin.Greene@usdoj.gov

Attorneys for Defendant, United States Department of Education

**FILED & ENTERED**

**APR 09 2026**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION**

In re

JOHNATHAN MICHAEL BRUMMEL,

    Debtor.

JOHNATHAN MICHAEL BRUMMEL,

        Plaintiff,

vs.

UNITED STATES DEPARTMENT OF
EDUCATION,

    Defendant.

Case No. 8:26-bk-10486-SC

Chapter 7

Adv. No. 8:26-ap-01043-SC

**ORDER APPROVING STIPULATION TO
EXTEND DATES AND DEADLINES
PURSUANT TO THIS COURT'S STUDENT
LOAN ADVERSARY PROCEEDING
GUIDELINES**

[Lodged concurrently with Stipulation]

Initial Status Conference:
Date:  June 16, 2026
Time:  1:30 p.m.

New Status Conference:
Date:  October 13, 2026
Time:  1:30 p.m.
Place:  Courtroom 5C
      411 W. Fourth Street
      Santa Ana, CA 92701

1

Based upon the Stipulation to Extend Dates and Deadlines Pursuant to this Court's Student Loan AP Guidelines ("Stipulation") (Dkt. 5), entered into by and between Plaintiff Johnathan Michale Brummel and U.S. Department of Education,

**IT IS HEREBY ORDERED** that:

1.     The Stipulation is approved.

2.     The Department of Education shall answer or otherwise respond to Plaintiff's complaint by August 27, 2026.

3.     The Status Conference currently scheduled for June 16, 2026, at 1:30 p.m. is continued to October 13, 2026, at 1:30 p.m.

4.     A joint status report is due 14 days prior to the continued status conference.

###

Date: April 9, 2026

Scott C. Clarkson
United States Bankruptcy Judge

2