United States Bankruptcy Court

Central District of California

Brummel,

    Plaintiff

United States Department Of Education,

    Defendant

Adv. Proc. No. 26-01043-SC

# CERTIFICATE OF NOTICE

| District/off: 0973-8 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 09, 2026 | Form ID: pdf031 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| pla | + Email/PDF: johnbrummel@gmail.com | Apr 10 2026 00:54:00 | Johnathan Michael Brummel, 255 Radial, Irvine, CA 92618-1034 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | | Nelnet, Inc. |
| dft | | United States Department Of Education |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2026        Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Gavin L Greene | on behalf of Defendant United States Department Of Education gavin.greene@usdoj.gov caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov |
| Richard A Marshack (TR) | pkraus@marshackhays.com ecf.alert+Marshack@titlexi.com |
| United States Trustee (SA) | |

District/off: 0973-8                          User: admin                                Page 2 of 2
Date Rcvd: Apr 09, 2026                       Form ID: pdf031                            Total Noticed: 1

ustpregion16.sa.ecf@usdoj.gov

TOTAL: 3

TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOLENE TANNER
Assistant United States Attorney
Chief, Tax and Bankruptcy Section
GAVIN L. GREENE (Cal. Bar No. 230807)
Assistant United States Attorney
      Room 7211, Federal Building
      300 North Los Angeles Street
      Los Angeles, California 90012
      Telephone: (213) 894-4600
      Facsimile: (213) 894-0115
      E-mail: Gavin.Greene@usdoj.gov

Attorneys for Defendant, United States Department of Education

**FILED & ENTERED**

**APR 09 2026**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>JOHNATHAN MICHAEL BRUMMEL,<br><br>      Debtor.<br><br>JOHNATHAN MICHAEL BRUMMEL,<br><br>         Plaintiff,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF EDUCATION,<br><br>      Defendant. | Case No. 8:26-bk-10486-SC<br><br>Chapter 7<br><br>Adv. No. 8:26-ap-01043-SC<br><br>**ORDER APPROVING STIPULATION TO EXTEND DATES AND DEADLINES PURSUANT TO THIS COURT'S STUDENT LOAN ADVERSARY PROCEEDING GUIDELINES**<br><br>[Lodged concurrently with Stipulation]<br><br><u>Initial Status Conference:</u><br>Date:  June 16, 2026<br>Time:  1:30 p.m.<br><br><u>New Status Conference:</u><br>Date:  October 13, 2026<br>Time:  1:30 p.m.<br>Place:  Courtroom 5C<br>        411 W. Fourth Street<br>        Santa Ana, CA 92701 |

1

Based upon the Stipulation to Extend Dates and Deadlines Pursuant to this Court's Student Loan AP Guidelines ("Stipulation") (Dkt. 5), entered into by and between Plaintiff Johnathan Michale Brummel and U.S. Department of Education,

**IT IS HEREBY ORDERED** that:

1.    The Stipulation is approved.

2.    The Department of Education shall answer or otherwise respond to Plaintiff's complaint by August 27, 2026.

3.    The Status Conference currently scheduled for June 16, 2026, at 1:30 p.m. is continued to October 13, 2026, at 1:30 p.m.

4.    A joint status report is due 14 days prior to the continued status conference.

### ###

Date: April 9, 2026

Scott C. Clarkson
United States Bankruptcy Judge

2