**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br>**JOHNATHAN MICHAEL BRUMMEL,**<br>Debtor. | Bankruptcy Case No.:<br>**8:26-bk-10486-SC** |
| **JOHNATHAN MICHAEL BRUMMEL,**<br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION;<br>NELNET, INC.;<br>UNITED STATES ATTORNEY GENERAL; and<br>UNITED STATES ATTORNEY FOR THE CENTRAL DISTRICT OF CALIFORNIA,<br>Defendants. | Adversary Proceeding No.:<br>**8:26-ap-01043-SC**<br><br>Chapter 7<br><br>Hon. Scott C. Clarkson<br><br>**CERTIFICATE OF SERVICE**<br><br>Status Conference:<br>October 13, 2026 |

## CERTIFICATE OF SERVICE

I, Johnathan Michael Brummel, Plaintiff appearing pro se in the above-captioned adversary proceeding, hereby certify that on the dates set forth below, I caused true and correct copies of the Summons and Complaint, together with the Attestation and Addendum filed April 5, 2026, to be served by United States Postal Service Certified Mail, Return Receipt Requested, on the following defendants at the addresses indicated:

Service was completed as confirmed by United States Postal Service tracking records and signed return receipts (PS Form 3811). USPS tracking confirmations for all four defendants, verified on April 16, 2026, and copies of the signed return receipts are attached hereto as Exhibits A through D.

**SERVICE SUMMARY**

| Defendant | Service Address | USPS Tracking # | USPS Delivery Date | Method / Receipt |
|---|---|---|---|---|
| U.S. Attorney General | Attorney General of the United States<br>Ben Franklin Station<br>PO Box 683<br>Washington, DC 20044 | 9589 0710 5270 3453 6741 22 | April 7, 2026<br>(10:41 AM) | Delivered, PO Box (Green card signed April 8, 2026 by Evie Dassak) |
| U.S. Attorney, Central District of California | Civil Process Clerk<br>Office of the United States<br>Attorney | 9589 0710 5270 3453 6741 15 | April 6, 2026<br>(12:47 PM) | Front Desk / Mail Room (Green card signed by Agent) |

| Defendant | Service Address | USPS Tracking # | USPS Delivery Date | Method / Receipt |
|---|---|---|---|---|
| | Room 7516, Federal Building 300 N. Los Angeles St. Los Angeles, CA 90012 | | | |
| U.S. Department of Education | Office of General Counsel 400 Maryland Ave SW Room 6E353 Washington, DC 20202 | 9589 0710 5270 3453 6741 39 | April 7, 2026 (8:50 AM) | Front Desk / Mail Room |
| Nelnet, Inc. | Registered Agent 121 S. 13th St., Suite 201 Lincoln, NE 68508 | 9589 0710 5270 3453 6741 46 | April 7, 2026 (8:26 AM) | Samson (Left with Individual) |

Respectfully submitted,

**Johnathan Michael Brummel**
Plaintiff, Pro Se

**EXHIBITS**

Exhibit A — USPS Tracking Confirmation and Return Receipt, U.S. Attorney General (Tracking #9589 0710 5270 3453 6741 22)

Exhibit B — USPS Tracking Confirmation and Return Receipt, U.S. Attorney for the Central District of California (Tracking #9589 0710 5270 3453 6741 15)

Exhibit C — USPS Tracking Confirmation, U.S. Department of Education (Tracking #9589 0710 5270 3453 6741 39)

Exhibit D — USPS Tracking Confirmation and Return Receipt, Nelnet, Inc. (Tracking #9589 0710 5270 3453 6741 46)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Civil process clerk
Office of United States Attorney
CDC Room 7516 Federal Building
300 N. Los Angeles CA 90012

9590 9402 9460 5069 5935 92

2. Article Number *(Transfer from service label)*

9589 0710 5270 3453 6741 15

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent / ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery
Residence    9/6

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Attorney General of the United States
Ben Franklin Station
PO Box 683
Washington DC 20044

9590 9402 9460 5069 5935 85

2. Article Number *(Transfer from service label)*

9589 0710 5270 3453 6741 22

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent / ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery
Erie dassal
APR 0 8 2026

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

United States Department of Ed
Office of General Counsel
400 Maryland Ave SW room 6E353
Washington DC 20202

9590 9402 9460 5069 5935 78

2. Article Number *(Transfer from service label)*

9589 0710 5270 3453 6741 39

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent / ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

**SENDER:** COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Nelnet Inc
Registered Agent
121 S.13 St. Suite 201
Lincoln Ne 68508

9590 9402 9460 5069 5935 61

2. Article Number (Transfer from service label)

9589 0710 5270 3453 6741 46

COMPLETE THIS SECTION ON DELIVERY

A. Signature

X _Samson_   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

_Samson_   4/7/26

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ____ Mail
☐ ____ Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt